PER CURIAM.
Affirmed. See Carbajal v. State, 75 So.3d 258 (Fla.2011); Johnson v. State, 60 So.3d 1045 (Fla.2011); Bradley v. State, 3 So.3d 1168 (Fla.2009); Long v. State, 529 So.2d 286 (Fla.1988); State v. King, 426 So.2d 12 (Fla.1982); Henry v. State, 933 So.2d 28 (Fla. 2d DCA 2006); Desmond v. State, 576 So.2d 743 (Fla. 2d DCA 1991); Melvin v. State, 177 So.3d 648 (Fla. 1st DCA 2015); Goolde v. State, 978 So.2d 249 (Fla. 5th DCA 2008); Labadie v. State, 840 So.2d 332 (Fla. 5th DCA 2003); McMillan v. State, 832 So.2d 946 (Fla. 5th DCA 2002); Hart v. State, 761 So.2d 334 (Fla. 4th DCA 1998).
CASANUEVA, KHOUZAM, and MORRIS, JJ., Concur.